United States Bankruptcy Court
Eastern District of New York

-----------------------------------------------------X

In re:

    Larissa L. Czaplinski,                                                                           Chapter 7

                        Debtor.                                                         Case No. 25-45261

-----------------------------------------------------X

Debtor's Declaration in Support of Amended Means Test

I, Larissa L. Czaplinski, declare under penalty of perjury:

1. Filing and Purpose. I filed this Chapter 7 case on October 30, 2025. I submit this declaration to support my Amended Chapter 7 Means Test and to clarify my necessary and ongoing transportation expenses.

2. Vehicle and Secured Obligation. I own and use a 2015 Fiat 500 for commuting to work and essential personal transportation. The vehicle is financed. My contractual monthly payment is $344. As of the petition date, the loan balance was approximately $13,533. The loan originated on September 6, 2024, with a 72-month term. I intend to retain the vehicle and enter into a reaffirmation agreement with the creditor, SBNA, P.O. Box 961211, Fort Worth, TX 76161.

3. Amended Means Test Entries. My original means test calculations did not fully reflect both the standardized transportation allowances and the secured payment for my vehicle. The amended means test now includes: (a) the Local Standard ownership/lease allowance for one vehicle; (b) the Local Standard operation allowance for one vehicle; and (c) the average monthly secured payment of $344 for the 2015 Fiat 500. These amounts are necessary and ongoing.

4. Insurance and Related Costs. I maintain automobile insurance on the vehicle. I will provide proof of current coverage upon request, along with my most recent loan statement or retail installment contract and vehicle registration.

5. Good-Faith Correction. The amended means test is filed in good faith to accurately reflect my transportation costs under the standardized methodology and to ensure the secured payment is properly considered.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 2, 2025.


/s/ Larissa L. Czaplinski
Larissa L. Czaplinski, Debtor